IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KAREN MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23-cv-1116 |
| ) | |
| MARTIN J. O'MALLEY, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 24, 2024, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 12, 13.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 12), is **ADOPTED. IT IS FURTHER ORDERED** that the Commissioner's decision finding no disability is **AFFIRMED** and that this action is **DISMISSED WITH PREJUDICE**.

A Judgment dismissing this action will be filed contemporaneously herewith.

This the 5th day of November, 2024.

                                            /s/ William L. Osteen, Jr.
                                               United States District Judge

- 2 -

Case 1:23-cv-01116-WO-JLW   Document 14   Filed 11/05/24   Page 2 of 2